IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MAHONEY,<br>*Individually and on behalf of all others similarly situated,*<br>          *Plaintiff* | :<br>:<br>:<br>:   CIVIL ACTION |
| v. | : |
| MOUNT NITTANY VINEYARD & WINERY, INC.,<br>          *Defendant* | :   No. 20-3958<br>:<br>: |

### ORDER

AND NOW, this 12th day of April, 2021, upon consideration of Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. No. 19, it is **ORDERED** that the above action is dismissed with prejudice, and each party shall bear its own costs and attorney's fees. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE

1